AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 1:19CR00072 (JGK) |
| | ) |
| Raymond Dixon | ) |
| | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay <u>Raymond Dixon</u>, who is accused of an offense or violation based on the following document filed with the court:

 X  Supervised Release Violation Petition

This Offense is briefly described as follows:
Non-Compliance with supervised release conditions as outlined in the petition; New arrest (assault).

Date: _____8/4/22_____

_____
*Issuing officer's signature*

City and state: <u>New York, NY</u>

<u>Honorable John G. Koeltl U.S. District Judge</u>
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: **11/07/22** _____  _____<br>*Arresting officer's signature* |
| City and state: **New York New York** _____  _____<br>*Printed name and title* |

U.S. MARSHALS SERVICE
500 PEARL ST.
SUITE 400
NEW YORK, N.Y. 10007